## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Wren US Holdings, Inc.,<br><br>　　　　　Debtor.<br><br>Tax ID No. 84-2642676 | Chapter 7<br><br>Case No. 26-10581 (KBO)<br><br>**Related Docket No. 11** |
| In re:<br><br>Wren Manufacturing, Inc.,<br><br>　　　　　Debtor.<br><br>Tax ID No. 84-2620021 | Chapter 7<br><br>Case No. 26-10582 (KBO)<br><br>**Related Docket No. 6** |
| In re:<br><br>Wren Retail, Inc.,<br><br>　　　　　Debtor.<br><br>Tax ID No. 84-2671884 | Chapter 7<br><br>Case No. 26-10583 (KBO)<br><br>**Related Docket No. 6** |
| In re:<br><br>Wren Logistics, Inc.,<br><br>　　　　　Debtor.<br><br>Tax ID No. 84-3122433 | Chapter 7<br><br>Case No. 26-10584 (KBO)<br><br>**Related Docket No. 6** |
| In re:<br><br>Wren Kitchens New York, Inc.,<br><br>　　　　　Debtor.<br><br>Tax ID No. 84-2930884 | Chapter 7<br><br>Case No. 26-10585 (KBO)<br><br>**Related Docket No. 7** |

| | |
|---|---|
| In re:<br><br>Wren New Jersey, Inc.,<br><br>        Debtor.<br><br>Tax ID No. 84-2915706 | Chapter 7<br><br>Case No. 26-10587 (KBO)<br><br>**Related Docket No. 6** |
| In re:<br><br>Wren Connecticut, Inc.,<br><br>        Debtor.<br><br>Tax ID No. 84-2627694 | Chapter 7<br><br>Case No. 26-10588 (KBO)<br><br>**Related Docket No. 6** |
| In re:<br><br>Wren Pennsylvania, Inc.,<br><br>        Debtor.<br><br>Tax ID No. 84-3149696 | Chapter 7<br><br>Case No. 26-10589 (KBO)<br><br>**Related Docket No. 7** |
| In re:<br><br>Wren Kitchen Studios, Inc.<br><br>        Debtor.<br><br>Tax ID No. 84-2227230 | Chapter 7<br><br>Case No. 26-10590 (KBO)<br><br>**Related Docket No. 6** |

**ORDER DIRECTING JOINT ADMINISTRATION**
**OF DEBTORS' CHAPTER 7 CASES**

This matter coming before the Court on the Motion of the Chapter 7 Trustee for an Order

Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of the

above-captioned Chapter 7 Cases (the "**Motion**")[1]; the Court having reviewed the Motion and

the Declaration of David W. Carickhoff in Support of the Motion; the Court having found that

---

[1]    Capitalized terms not defined herein shall have the meaning given to them in the Motion.

4900-1749-8022, v. 2

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409; that this is a core proceeding pursuant to 28 U.S.C. §157(b) and (d); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      In accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above captioned Chapter 7 Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

3.      The caption of the jointly administered Chapter 7 Cases shall read as follows (footnote included):

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Wren US Holdings, Inc., *et. al.,*<br><br>    Debtors. | Chapter 7<br><br>Case No. 26-10581 (KBO)<br><br>(Jointly Administered) |

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Wren US Holdings, Inc. (2676); Wren Manufacturing, Inc. (0021); Wren Retail, Inc. (1884); Wren Logistics, Inc. (2433); Wren Kitchens New York, Inc. (0884); Wren New Jersey, Inc. (5706); Wren Connecticut, Inc. (7694); Wren Pennsylvania, Inc. (9696); Wren Kitchen Studios, Inc. (7230).

4.      No party shall be required to list any further information beyond that set forth above in pleadings filed in these Chapter 7 Cases.

5.      The Trustee also requests that an entry be made on the docket of each of the Debtors' Chapter 7 Cases, other than Wren US Holdings, Inc., that is substantially similar to the following:

4900-1749-8022, v. 2

An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 Cases commenced by Wren US Holdings, Inc. and its affiliates, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 26-10581 (KBO).

6. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these Chapter 7 Cases.

7. The Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**KAREN B. OWENS**
**Dated: April 30th, 2026**
**Wilmington, Delaware**
**CHIEF JUDGE**

- 4 -

4900-1749-8022, v. 2